■ BROADWAY-FLUSHING HOMEOWNERS' ASSOCIATION, INC., Respondent, v ANTHONY DILLUVIO et al., Appellants, et al., Defendants. [947 NYS2d 900]

The appeal from the order must be dismissed because the right of direct appeal therefrom terminated with the entry of judgment in the action (*see Matter of Aho*, 39 NY2d 241, 248 [1976]). The issues raised on the appeal from the order are brought up for review and have been considered on the appeal from the judgment (*see* CPLR 5501 [a] [1]; *Broadway-Flushing Homeowners' Assn, Inc., v Dilluvio*, 97 AD3d 614 [2012] [decided herewith]). Rivera, J.P., Florio, Eng and Cohen, JJ., concur.